**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

**UNITED STATES OF AMERICA**

**Plaintiff,**

**v.** **CASE NUMBER: 2:17-CR-96**

**KEN TOLSON,**

**Defendant.**

# APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Ken Tolson.

August 25, 2017
*Date*

Respectfully submitted,

By: s/ Shane R. O'Donnell

Shane R. O'Donnell, #27987-45
2100 N. Main Street, Suite 208
Crown Point, Indiana 46307
Phone: (219) 213-2254
Fax: (219) 213-2258
northwestindianalegal@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on 25th day of August, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

s/ ____________________ - AUSA
Assistant United States Attorney
US Courthouse
5400 Federal Plaza
Hammond, IN 46320

and I hereby certify that I have mailed the document by U.S. Postal Service to the following non CM/ECF participants:

Respectfully submitted,

By: s/ Shane R. O'Donnell

Shane R. O'Donnell, #27987-45
2100 N. Main Street, Suite 208
Crown Point, Indiana 46307
Phone: (219) 213-2254
Fax: (219) 213-2258
northwestindianalegal@gmail.com